furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

Jody Sloan EICHACKER, Appellant,

v.

Richard F. EICHACKER, Respondent,

No. ED 103752

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 20, 2016

Craig Geidel Kallen, Kallen Law Firm, LLC, Town and Country, MO, for Appellant.

Lawrence Gerard Gillespie, Gillespie, Hetlage & Coughlin, LLC, Clayton, MO, Bruce Francis Hilton, Co–Counsel, Hilton Family Law Group, LLC, Kirkwood, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM

Jody Eichacker ("Wife") appeals from the trial court's judgment dissolving her marriage to Richard Eichacker ("Husband"). We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

J.T., Respondent,

v.

S.J., Appellant.

ED 103869

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: December 20, 2016

Nathan S. Cohen, St. Louis, MO, for appellant.

S. Lee Patton, St. Louis, MO, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM.

S.J. appeals from the trial court's judgment granting J.T.'s petition for declara-

tion of paternity and for custody. She challenges the trial court's order of supervised custody. We have reviewed the briefs of the parties and the record on appeal, and we conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2016).

■

**Jacqueline K. BARNES, Respondent,**

v.

**DEPARTMENT OF HEALTH AND SENIOR SERVICES, Appellant.**

**No. ED 103898**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 20, 2016

Daniel Scott Levy, St. Louis, MO, Chris Koster, Attorney General, James Robert Layton, Co-Counsel, Assistant Attorney General, Jefferson City, MO, for Appellant.

Terrence J. O'Toole, Adam Joseph Simon, Co–Counsel, Dowd Bennett, LLP, St. Louis, MO, for Respondent.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM

The Missouri Department of Health and Senior Services ("Department") appeals from the "Order and Judgment" ("Judgment") reversing the decision of the Department to place Jacqueline K. Barnes on the Employee Disqualification List for three years. We affirm the trial court's Judgment.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Sean J. HENDERSON, Appellant.**

**No. ED 103595**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

FILED: December 20, 2016